IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANTWON BLACKWELL | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv565 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Christopher Antwon Blackwell, a prisoner confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is complaining that he was denied release on mandatory supervision. The petition was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the case should be dismissed without prejudice for failure to exhaust state habeas corpus remedies. The Petitioner has filed objections. He asserted that there was no reason for him to file an application for a writ of habeas corpus in the Texas Court of Criminal Appeals about being denied release on mandatory supervision.

Texas prison inmates must exhaust their state court remedies before filing a petition for a writ of habeas corpus in federal court. 28 U.S.C. § 2254(b)(1). The exhaustion requirement applies to cases where an inmate is complaining that he was denied release on mandatory supervision. *Hoffman v. Cockrell*, 31 Fed. Appx. 838 (5th Cir. 2002). The Petitioner erroneously argued that he did not need to exhaust his state court remedies.

The Report and Recommendation of the Magistrate Judge, which contain his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration,

1

and having made a *de novo* review of the objections raised by Petitioner, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Thus the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #10) is **ADOPTED**. It is further

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state habeas corpus remedies. It is further

**ORDERED** that a certificate of appealability is **DENIED**. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 15th day of August, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE